IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:99CR259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY T. FAY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Dismiss (Filing No. 77) the Petition for Offender under Supervision (Filing No. 72). After considering the matter, the court will grant defendant's motion.

IT IS ORDERED that defendant's Motion to Dismiss (Filing No. 77) is granted and the Petition for Offender under Supervision (Filing No. 72) is hereby dismissed.

Dated this 14th day of February, 2008.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge